IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

Sharn Chapman, et al.                    *

*On behalf of themselves and*            *
*others similarly situated*
                                         *
Plaintiffs
                                         *
v.                                            Case No. AW-08-2545
                                         *

Ourisman Chevrolet Co., Inc., et al.     *

Defendants                               *
_____/

### AFFIDAVIT OF SIDNEY ROSE

I, Sidney Rose, am over 18 years of age and competent to testify:

1. I was employed as a sales representative at Ourisman Chevrolet Co., Inc. ("Ourisman") for more than ten years. I resigned on October 10, 2008. Throughout my employment, Ourisman has paid its sales representatives (including me) on a straight commission basis.

2. During the above time period, I did not receive the minimum wage for many statutory work weeks, for the time I spent performing work for the Defendants. There are many current and former sales representatives who did not receive the minimum wage for various statutory work weeks, for the time they spent performing work for the Defendants.

3. All of the sales representatives at Ourisman are similarly situated. Ourisman only pays those sales representatives who have earned commissions based on their sales. Ourisman maintains a common policy or practice, which applies to all of the sales

representatives, in which they are not paid unless they have earned a commission.

4. Ourisman knowingly requires sales representatives to underreport their actual hours of work. Ourisman has deliberately failed and refused to pay me, and others similarly situated, the statutory minimum wage required by law for our work.

I affirm under the penalties of perjury that the foregoing is true and correct based on my personal knowledge.

10/20/08
Date

_[signature]_
Signature